**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GARIEL V. JACOBS, an individual and on
behalf of all others similarly situated,

                Plaintiff,

    - against -                              **JUDGMENT**
                                                        CV 19-3447 (JMA)(ARL)

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

                Defendant
-----------------------------------------------------------X

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on October 26, 2020, granting Defendant's motion to dismiss, dismissing Plaintiff's complaint in its entirety, and respectfully directing the Clerk of Court to enter judgment accordingly and close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Gariel V. Jacobs take nothing of Defendant AllianceOne Receivables Management, Inc.; that Defendant's motion to dismiss is granted; that Plaintiff's complaint is dismissed in its entirety; and that this case is closed.

Dated:  October 26, 2020
         Central Islip, New York

                                                                  DOUGLAS C. PALMER
                                                                    CLERK OF THE COURT
                                                    BY:    /S/ JAMES J. TORITTO
                                                                    DEPUTY CLERK